

# THE ATTORNEY GENERAL
## OF TEXAS

OPINION #  O-6732          WAS NEVER ISSUED OR

WAS WITHDRAWN.